# EXHIBIT



# A



*Rec'd b:4.19 (LT)*
*Cert. Mail*

Circuit Court for Prince George's County
Clerk Of The Circuit Court
Courthouse
Upper Marlboro, Md. 20772-9987
MD Relay Service Voice/ TDD
1-800-735-2258

**Case No.:** CAL19-13733

**Other Reference No.(s):** ..................................
**Child Support Enforcement Number:** ..................................

**Date issued:** May 1, 2019

To: Washington Metropolitan Area Transit Authority
SV: Patricia Lee
600 5th Street, NW
Washington, DC 20001

# WRIT OF SUMMONS

You are hereby summoned to file a written response by pleading or motion, within 60 days after service of this summons upon you, in this Court, to the attached complaint filed by;

MELVIN MARCH
4374 EAGLE COURT
WALDORF MD 20603

This summons is effective for service only if served within 60 days after the date it is issued.

*Mahasin El Amin*
Clerk of the Circuit Court #58

To the person summoned:

Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.

Personal attendance in court on the day named is NOT required.

Proper Courtroom attire is expected. Anything that you would wear to an office that presents a professional appearance is appropriate. Please no shorts, cut-off jeans, halter, tank or tube tops or other attire that reveals the abdomen or lower back, spandex or mesh garments.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

## SHERIFF'S RETURN

Circuit Court for Prince George's County

To:....................................................

Sheriff fee:.............................By:.................................................................................

Served:...................................................................................................... Time:

...............................Date:.......................................................................................

Unserved (Reason):...................................................................................................

Instructions to Private Process:

1. This Summons is effective for service only if served within 60 days after the date issued.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).

IN THE CIRCUIT COURT FOR Prince George's County                    CAL19-13733

_____
(City or County)

## CIVIL - NON-DOMESTIC CASE INFORMATION REPORT

### DIRECTIONS

*Plaintiff*: This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Judge of the Court of Appeals pursuant to Rule 2-111(a).

*Defendant*: You must file an Information Report as required by Rule 2-323(h).

**THIS INFORMATION REPORT CANNOT BE ACCEPTED AS A PLEADING**

FORM FILED BY: ☒ PLAINTIFF ☐ DEFENDANT      CASE NUMBER _____
(Clerk to insert)

CASE NAME: Melvin March                            vs.   Washington Metropolitan Area Transit Authority, et. al.
_____                                           _____
Plaintiff                                                      Defendant

PARTY'S NAME: Melvin March

PARTY'S ADDRESS: 4374 Eagle Court, Waldorf, MD 20603       PHONE: 301-765-0076
(Daytime phone)

PARTY'S E-MAIL: zmyers@fminjury.com

**If represented by an attorney:**

PARTY'S ATTORNEY'S NAME: Zachary S. Myers, Esq.          PHONE: 301-765-0076

PARTY'S ATTORNEY'S ADDRESS: 9241 Cambridge Manor Court, Potomac, MD 20854

PARTY'S ATTORNEY'S E-MAIL: zmyers@fminjury.com

JURY DEMAND?      ☒ Yes ☐ No

RELATED CASE PENDING? ☐ Yes ☒ No   If yes, Case #(s), if known: _____
ANTICIPATED LENGTH OF TRIAL: _____ hours or __2-3__ days

### PLEADING TYPE

New Case:      ☒ Original            ☐ Administrative Appeal   ☐ Appeal
Existing Case:  ☐ Post-Judgment       ☐ Amendment

*If filing in an existing case*, skip Case Category/ Subcategory section - go to Relief section.

### IF NEW CASE: CASE CATEGORY/SUBCATEGORY (*Check one box.*)

| TORTS | PROPERTY | PUBLIC LAW | |
|---|---|---|---|
| ☐ Asbestos | ☐ Government | ☐ Attorney Grievance | ☐ Constructive Trust |
| ☐ Assault and Battery | ☐ Insurance | ☐ Bond Forfeiture Remission | ☐ Contempt |
| ☐ Business and Commercial | ☐ Product Liability | ☐ Civil Rights | ☐ Deposition Notice |
| ☐ Conspiracy | **PROPERTY** | ☐ County/Mncpl Code/Ord | ☐ Dist Ct Mtn Appeal |
| ☐ Conversion | ☐ Adverse Possession | ☐ Election Law | ☐ Financial |
| ☐ Defamation | ☐ Breach of Lease | ☐ Eminent Domain/Condemn. | ☐ Grand Jury/Petit Jury |
| ☐ False Arrest/Imprisonment | ☐ Detinue | ☐ Environment | ☐ Miscellaneous |
| ☐ Fraud | ☐ Distress/Distrain | ☐ Error Coram Nobis | ☐ Perpetuate Testimony/Evidence |
| ☐ Lead Paint - DOB of | ☐ Ejectment | ☐ Habeas Corpus | ☐ Prod. of Documents Req. |
| Youngest Plt:_____ | ☐ Forcible Entry/Detainer | ☐ Mandamus | ☐ Receivership |
| ☐ Loss of Consortium | ☐ Foreclosure | ☐ Prisoner Rights | ☐ Sentence Transfer |
| ☐ Malicious Prosecution | ☐ Commercial | ☐ Public Info. Act Records | ☐ Set Aside Deed |
| ☐ Malpractice-Medical | ☐ Residential | ☐ Quarantine/Isolation | ☐ Special Adm. - Atty |
| ☐ Malpractice-Professional | ☐ Currency or Vehicle | ☐ Writ of Certiorari | ☐ Subpoena Issue/Quash |
| ☐ Misrepresentation | ☐ Deed of Trust | | ☐ Trust Established |
| ☒ Motor Tort | ☐ Land Installments | **EMPLOYMENT** | ☐ Trustee Substitution/Removal |
| ☐ Negligence | ☐ Lien | ☐ ADA | ☐ Witness Appearance-Compel |
| ☐ Nuisance | ☐ Mortgage | ☐ Conspiracy | **PEACE ORDER** |
| ☐ Premises Liability | ☐ Right of Redemption | ☐ EEO/HR | ☐ Peace Order |
| ☐ Product Liability | ☐ Statement Condo | ☐ FLSA | **EQUITY** |
| ☐ Specific Performance | ☐ Forfeiture of Property / | ☐ FMLA | ☐ Declaratory Judgment |
| ☐ Toxic Tort | Personal Item | ☐ Workers' Compensation | ☐ Equitable Relief |
| ☐ Trespass | ☐ Fraudulent Conveyance | ☐ Wrongful Termination | ☐ Injunctive Relief |
| ☐ Wrongful Death | ☐ Landlord-Tenant | | ☐ Mandamus |
| **CONTRACT** | ☐ Lis Pendens | **INDEPENDENT** | **OTHER** |
| ☐ Asbestos | ☐ Mechanic's Lien | **PROCEEDINGS** | ☐ Accounting |
| ☐ Breach | ☐ Ownership | | ☐ Friendly Suit |
| ☐ Business and Commercial | ☐ Partition/Sale in Lieu | ☐ Assumption of Jurisdiction | ☐ Grantor in Possession |
| ☐ Confessed Judgment (Cont'd) | ☐ Quiet Title | ☐ Authorized Sale | ☐ Maryland Insurance Administration |
| ☐ Construction | ☐ Rent Escrow | ☐ Attorney Appointment | ☐ Miscellaneous |
| ☐ Debt | ☐ Return of Seized Property | ☐ Body Attachment Issuance | ☐ Specific Transaction |
| ☐ Fraud | ☐ Right of Redemption | ☐ Commission Issuance | ☐ Structured Settlements |
| | ☐ Tenant Holding Over | | |

CC-DCM-002 (Rev. 11/2016)          Page 1 of 3

| IF NEW OR EXISTING CASE: RELIEF (Check All that Apply) |
|---|

☐ Abatement
☐ Administrative Action
☐ Appointment of Receiver
☐ Arbitration
☐ Asset Determination
☐ Attachment b/f Judgment
☐ Cease & Desist Order
☐ Condemn Bldg
☐ Contempt
☒ Court Costs/Fees
☒ Damages-Compensatory
☐ Damages-Punitive

☐ Earnings Withholding
☐ Enrollment
☐ Expungement
☐ Findings of Fact
☐ Foreclosure
☐ Injunction
☐ Judgment-Affidavit
☐ Judgment-Attorney Fees
☐ Judgment-Confessed
☐ Judgment-Consent
☐ Judgment-Declaratory
☐ Judgment-Default

☐ Judgment-Interest
☐ Judgment-Summary
☒ Liability
☐ Oral Examination
☐ Order
☐ Ownership of Property
☐ Partition of Property
☐ Peace Order
☐ Possession
☐ Production of Records
☐ Quarantine/Isolation Order
☐ Reinstatement of Employment

☐ Return of Property
☐ Sale of Property
☐ Specific Performance
☐ Writ-Error Coram Nobis
☐ Writ-Execution
☐ Writ-Garnish Property
☐ Writ-Garnish Wages
☐ Writ-Habeas Corpus
☐ Writ-Mandamus
☐ Writ-Possession

*If you indicated **Liability** above*, mark one of the following. This information is not an admission and may not be used for any purpose other than Track Assignment.

☐ Liability is conceded.      ☐ Liability is not conceded, but is not seriously in dispute.      ☒ Liability is seriously in dispute.

| MONETARY DAMAGES (Do not include Attorney's Fees, Interest, or Court Costs) |
|---|

☐ Under $10,000          ☐ $10,000 - $30,000          ☐ $30,000 - $100,000          ☒ Over $100,000

☒ Medical Bills $ 12,000 appox          ☒ Wage Loss $ 8,000 approx          ☐ Property Damages $_____

| ALTERNATIVE DISPUTE RESOLUTION INFORMATION |
|---|

Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)
A. Mediation        ☒ Yes  ☐ No                      C. Settlement Conference  ☒ Yes  ☐ No
B. Arbitration      ☐ Yes  ☒ No                      D. Neutral Evaluation      ☐ Yes  ☒ No

| SPECIAL REQUIREMENTS |
|---|

☐ If a Spoken Language Interpreter is needed, **check here and attach form CC-DC-041**

☐ If you require an accommodation for a disability under the Americans with Disabilities Act, **check here and attach form CC-DC-049**

| ESTIMATED LENGTH OF TRIAL |
|---|

*With the exception of Baltimore County and Baltimore City, please fill in the estimated **LENGTH OF TRIAL**.*

*(Case will be tracked accordingly)*

☐ 1/2 day of trial or less              ☐ 3 days of trial time

☐ 1 day of trial time                   ☐ More than 3 days of trial time

☒ 2 days of trial time

| BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM |
|---|

*For all jurisdictions, if Business and Technology track designation under Md. Rule 16-308 is requested, attach a duplicate copy of complaint and check one of the tracks below.*

☐ **Expedited-** Trial within 7 months          ☐ **Standard -** Trial within 18 months of
of Defendant's response                              Defendant's response

EMERGENCY RELIEF REQUESTED

## COMPLEX SCIENCE AND/OR TECHNOLOGICAL CASE
## MANAGEMENT PROGRAM (ASTAR)

*FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO ASTAR RESOURCES JUDGES under Md. Rule 16-302, attach a duplicate copy of complaint and check whether assignment to an ASTAR is requested.*

☐ **Expedited** - Trial within 7 months        ☐ **Standard** - Trial within 18 months of
of Defendant's response                               Defendant's response

*IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY, OR BALTIMORE COUNTY, PLEASE FILL OUT THE APPROPRIATE BOX BELOW.*

### CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)

☐ Expedited                Trial 60 to 120 days from notice. Non-jury matters.

☐ Civil-Short              Trial 210 days from first answer.

☐ Civil-Standard           Trial 360 days from first answer.

☐ Custom                   Scheduling order entered by individual judge.

☐ Asbestos                 Special scheduling order.

☐ Lead Paint               Fill in: Birth Date of youngest plaintiff _____.

☐ Tax Sale Foreclosures    Special scheduling order.

☐ Mortgage Foreclosures    No scheduling order.

### CIRCUIT COURT FOR BALTIMORE COUNTY

☐ Expedited                Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District
(Trial Date-90 days)       Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus.

☐ Standard                 Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and
(Trial Date-240 days)      Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation
                           Cases.

☐ Extended Standard        Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases
(Trial Date-345 days)      (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial
                           of five or more days), State Insolvency.

☐ Complex                  Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities,
(Trial Date-450 days)      Other Complex Cases.

4/17/2019
Date
9241 Cambridge Manor Court
Address
Potomac, MD 20854
City, State, Zip

Signature of Counsel / Party
Zachary S. Myers, Esq.   CPF# 1112140289
Printed Name

## IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND
## Civil Division

|  |  |
|---|---|
| **Melvin March** | : |
| 4374 Eagle Court | : |
| Waldorf, MD 20603 | : |
|  | : |

Civil Action No._____

Plaintiff

vs.

**Washington Metropolitan Area**
**Transit Authority**
600 5th Street, NW
Washington, DC 20001
    Serve: Patricia Lee, General Counsel
        600 5th Street, NW
        Washington, DC 20001

and

**Raneshia Shernette Allen**
2649 Martin Luther King Avenue SE, #201
Washington, DC 20020

        Defendants.

### COMPLAINT

1.   This Court has jurisdiction because the subject matter automobile collision

     occurred in Prince George's County, Maryland.

2.   Plaintiff Melvin March (hereinafter "March") is an adult individual who resides in

     Waldorf, Maryland.

3.   Defendant Washington Metropolitan Area Transit Authority (hereinafter

     "WMATA") is an organization which regularly conducts business in The State of

     Maryland and in Prince George's County.

4.   Defendant Raneshia Shernette Allen (hereinafter "Allen") is an adult individual

     who resides in the District of Columbia.

5.    On or about July 1, 2017 at approximately 5:00 p.m., Plaintiff was operating a motor vehicle which was stopped on Indian Head Hwy at or near the intersection with Old Ford Road due to a red traffic light signal.

6.    At the aforementioned time and place, Defendant Allen was operating a vehicle owned by Defendant WMATA as their agent, servant and/or employee, with permission to use the vehicle, and was behind the Plaintiff's vehicle when Defendant Allen caused a collision by striking Plaintiff's vehicle when she prematurely moved the vehicle when the traffic light ahead turned green.

7.    At that time and place, Defendant Allen had express and or implied permission to use the vehicle within the scope of her employment or as an agent, servant, joint venturer, or employee of Defendant WMATA.

8.    Defendant Allen breached the duties of care owed to Plaintiff March.

9.    As a direct and proximate result of the Defendant's negligence and breach of duties, Plaintiffs suffered bodily injuries, sustained pain and discomfort, incurred medical expenses, property damage and lost income.

## COUNT I: NEGLIGENCE
### (PLAINTIFF MARCH AGAINST DEFENDANT ALLEN)

10.    Paragraphs 1-9 are hereby incorporated by reference and realleged as if fully restated herein.

11.    Defendant Allen owed Plaintiff March numerous duties including, but not limited to the following: to maintain control of her vehicle, to yield right of way, to avoid a collision, to obey traffic signs and controls, to obey the rules of the road, to keep a proper lookout, to pay full-time and attention to her driving, to leave a proper

distance, to drive at a reasonable speed under the circumstances, to obey traffic
control devices, and to not cause a collision.

12.    Defendant Allen breached the duties owed to Plaintiff and caused the collision.

13.    As a direct and proximate result of Defendant Allen's breach of duties, Plaintiff
suffered bodily injuries, sustained pain and discomfort, incurred medical
expenses, and lost income.

WHEREFORE, Plaintiff March demands judgment against Defendant Allen in
and amount in excess of Seventy-Five Thousand Dollars ($75,000.00) plus interest
and costs.

## COUNT II: RESPONDEAT SUPERIOR/ VICARIOUS LIABILLITY
## (PLAINTIFF MARCH AGAINST DEFENDANT WMATA)

14.    Paragraphs 1-13 are hereby incorporated by reference and realleged as if fully
restated herein.

15.    Defendant Allen was operating a vehicle owned by Defendant WMATA and with
their permission and/or at their direction and/or as their agent, servant or
employee.

16.    At all times relevant herein, Defendant WMATA through its employee, agent and
servant, Defendant Allen, was negligent in the operation of the Defendant's
vehicle as set forth above.

17.    As a direct and proximate result of the negligence of Defendant Allen, Defendant
WMATA's employee, agent and servant, the collision occurred and Plaintiff
sustained bodily injuries, sustained pain and discomfort, incurred medical
expenses, and lost income.

18.    Defendant WMATA is vicariously liable for the actions or omissions of

Defendant Allen and/or liable under a doctrine of respondeat superior.

WHEREFORE, Plaintiff March demands judgment against Defendant WMATA

in and amount in excess of Seventy-Five Thousand Dollars ($75,000.00) plus interest and

costs.

Respectfully submitted,

Zachary S. Myers, Esq.   CPF # 1112140289
Judy L. Feinberg, Esq.   CPF # 8506010092
Feinberg Myers, P.C.
9241 Cambridge Manor Court
Potomac, MD 20854
301-765-0076
*Attorney for Plaintiff*

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Elizabeth Eapp*  ☑ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>ELIZABETH E. TAPP  6.4.19<br>D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☑ No |
| 1. Article Addressed to:<br><br>**Washington Metropolitan Area Transit Authority**<br>SV: Patricia Lee<br>600 5th Street, N.W.<br>Washington, DC. 20001 | |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 1929 6123 9810 36 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7016 0340 0000 9920 7095 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |

USPS TRACKING #

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 1929 6123 9810 36

**United States Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•



Feinberg Myers, PC
9241 Cambridge Manor CT
Potomac, MD 20854

Melvin march